DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of A.G., P.G., and M.G., children.

E.R.G.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES
and GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D22-826

_____

September 7, 2022

Appeal from the Circuit Court for Sarasota County; Debra Riva, Judge.

E.R.G., pro se.

Meredith K. Hall, Children's Legal Services, Bradenton, for Appellee Department of Children and Families.

Sara E. Goldfarb, Statewide Director of Appeals, and Krystle Cacci, Certified Legal Intern, Appellate Division of Statewide Guardian ad Litem Office, Tallahassee, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.